Civil Action No. 16-625

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PENN CREDIT CORPORATION

was received by me on *(date)* 02/11/2016

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons via Certified Registered Mail, Restricted Delivery, Return Receipt Requested. The summons was signed for on (02.16.16)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/22/2016

*Taylor Battista* (signature)
*Server's signature*

Taylor Battista, Paralegal
*Printed name and title*

Francis & Mailman, P.C.
Land Title Bldg., 100 S. Broad St. 19th Floor
Philadelphia, PA 19110
*Server's address*

Additional information regarding attempted service, etc:

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ _____
- ☐ Return Receipt (electronic)  $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required  $ _____
- ☐ Adult Signature Restricted Delivery  $ _____

Postage
$
Total Postage & Fees
$

Summons 2·11·16
Postmark Here

Sent To: Penn Credit Corporation
Street: c/o The Company Corporation
2711 Centerville Rd.
Suite 400
City, State: Wilmington, DE 19808

7015 1520 0003 1241 9825

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Penn Credit Corporation
   c/o The Company Corporation
   2711 Centerville Rd.
   Suite 400
   Wilmington, DE 19808

   9590 9403 0672 5196 2345 10

2. Article Number (Transfer from service label)

   7015 1520 0003 1241 9825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Willi..._  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   - ☐ Adult Signature
   - ☐ Adult Signature Restricted Delivery
   - ☐ Certified Mail®
   - ☒ Certified Mail Restricted Delivery
   - ☐ Collect on Delivery
   - ☐ Collect on Delivery Restricted Delivery
   - ☐ Priority Mail Express®
   - ☐ Registered Mail™
   - ☐ Registered Mail Restricted Delivery
   - ☐ Return Receipt for Merchandise
   - ☐ Signature Confirmation™
   - ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt