IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS WILSON** | ) |
| **Plaintiff,** | ) CIVIL ACTION NO. 16-CV-00625 |
| v. | ) ARBITRATION |
| **PENN CREDIT CORPORATION** | ) |
| **Defendant.** | ) |

TO THE CLERK OF COURT:

Kindly enter Plaintiff's voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**FRANCIS & MAILMAN, P.C.**

BY: _/s/ Erin A. Novak_
ERIN A. NOVAK, ESQUIRE
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Dated: March 29, 2016